UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

ROBERT DONTA BYRD                                            PLAINTIFF

V.                                            CIVIL ACTION NO. 3:24-CV-543-DPJ-ASH

WARD CALHOUN III                                           DEFENDANT

ORDER

Robert Donta Byrd filed this petition under 28 U.S.C. § 2241, challenging his current detention at the Lauderdale County Detention Facility in Meridian, Mississippi.  Pet. [1]. Respondent Ward Calhoun filed a motion to dismiss [11].  On July 11, 2025, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation [14].  Judge Harris carefully considered Calhoun's motion to dismiss and recommended granting the motion and dismissing the petition with prejudice as to Byrd's claim seeking dismissal of state charges. R&R [14] at 4.  As to Bryd's effort to enforce his right to a speedy trial, Judge Harris recommended dismissing the claim without prejudice for failure to exhaust.  *Id.* at 5.  Byrd did not file an objection, and the time to do so has passed.  *See id.* at 5–6 (informing Byrd that he had 14 days to file an objection).

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee's note (1983) (quoted in *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc), *superseded on other grounds by* 28 U.S.C. § 636(b)(1) *as noted in Alexander v. Verizon Wireless Servs., L.L.C.*, 875 F.3d 243, 248 (5th Cir. 2017)). Finding no clear error, the Court accepts the well-reasoned recommendation of the Magistrate Judge.

2

IT IS ORDERED that the Report and Recommendation [14] of United States Magistrate Judge Andrew S. Harris is adopted as the finding and holding of this Court. Respondent's motion to dismiss [11] is granted. Any claims seeking dismissal of the state charges are dismissed with prejudice; any claim to enforce Byrd's right to a speedy trial are dismissed without prejudice.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 31st day of July, 2025.

                                                 s/ *Daniel P. Jordan III*
                                                 UNITED STATES DISTRICT JUDGE